UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:   12-cv-00734-PAB-MJW

PAULA E. MEDEIROS

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC

    Defendant

---

### NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through her attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

Respectfully submitted,

<u>s/Troy D. Krenning</u>
**Troy D. Krenning, Esq.**
Gookin, Krenning & Associates, LLC
770 N. Lincoln Avenue
Loveland, Colorado 80537
(970) 292-8290
Email: troydklaw@msn.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

Rhoogerhyde@gordonrees.com
c/o Ross A. Hoogerhyde, Esq.
   Gordon & Rees, LLP
   555 Seventeenth Street, Ste 3400
   Denver, CO 80202

                          s/Troy D. Krenning
                          **Troy D. Krenning, Esq.**
                          Gookin, Krenning & Associates, LLC
                          770 N Lincoln Avenue
                          Loveland, Colorado 80537
                          (970) 292-8290
                          (888) 465-8045 FAX
                          Email: troydklaw@msn.com
                          **Attorney for Plaintiff**