IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   12-cv-00734-PAB-MJW

**PAULA E. MEDEIROS**

    **Plaintiff,**

v.

**NORTHSTAR LOCATION SERVICES, LLC**

    **Defendant**

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

June 20, 2012

                                                Respectfully submitted,

                                                s/Troy D. Krenning
                                                **Troy D. Krenning, Esq.**
                                                Gookin, Krenning and Associates, LLC
                                                770 N Lincoln Avenue
                                                Loveland, Colorado 80537
                                                (970) 292-8290
                                                (888) 465-8045
                                                **Attorney for Plaintiff**